IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) NO. 17 CV 8148 |
| PLAINTIFFS, | ) ) JUDGE ) |
| v. | ) MAGISTRATE JUDGE ) |
| OXFORD ERECTORS INC., an Illinois corporation, | ) ) ) |
| DEFENDANT. | ) |

## COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT and ARNOLD AND KADJAN, LLP complain against Defendant, **OXFORD ERECTORS INC.**, an Illinois corporation, as follows:

1. Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185 (a) as amended.

2. Venue is founded pursuant to 29 U.S.C. Section 1132 (e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3. (a) The Plaintiffs in this count are the TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 FRINGE BENEFIT FUNDS ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b) The Funds have been established pursuant to collective bargaining

agreements previously entered into between the Glaziers Union Fringe Benefit Funds and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the Collective Bargaining Agreement with the Union.

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4. (a) Defendant, **OXFORD ERECTORS INC. ("OXFORD"),** is an Illinois corporation authorized to do business in Illinois and is an employer engaged in an industry affecting commerce.

5. Since on or before May 1, 2014, **OXFORD** entered into successive Collective Bargaining Agreements with the Union.

6. Since on or before May 1, 2014, **OXFORD** has admitted, acknowledged and ratified the Collective Bargaining Agreements by filing periodic report forms with the Funds, and by making periodic payments to the Funds as required by the Collective Bargaining Agreements.

7. The Funds are intended third party beneficiaries of the Union's Collective Bargaining Agreements.

8. Under the terms of the Collective Bargaining Agreements to which it is bound, **OXFORD** is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees.

9. In the event of late payment of contributions, the Collective Bargaining Agreements provide for the imposition of liquidated damages on the employer of fifteen percent of the amount of contributions due.

10. **OXFORD** paid its May 2014 contributions late, producing $3,102.94 in liquidated damages due.

11. **OXFORD** paid its September 2016 contributions late, producing $3,510.68 in liquidated damages due.

**WHEREFORE,** Plaintiffs pray for relief as follows:

A. Judgment be entered against **OXFORD** and in favor of the Funds in the amount of $6,613.62.

B. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, as provided in the Collective Bargaining Agreements.

C. This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

    Respectfully submitted,
    **GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,**

    By: s/ Andrew S. Pigott
        One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD & KADJAN, LLP**
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415